| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 12 2023 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

IT'S MY SEAT, INC., a California Corporation; VAHE SHAHINIAN, an individual,

        Plaintiffs-Appellants,

v.

KEVIN WOODLEY, an individual; et al.,

        Defendants-Appellees.

No. 22-55843

D.C. No. 2:22-cv-02192-ODW-AFM
Central District of California, Los Angeles

ORDER

The court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and record and the decisional process would not be significantly aided by oral argument. This case shall be submitted on the briefs and record, without oral argument, on October 2, 2023, in Pasadena, California. Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT