| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |

DENIED BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IT'S MY SEAT, INC, a California corporation; VAHE SHAHINIAN, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>HARTFORD CAPITAL LLC, a Limited Liability Company; KEVIN WOODLEY, an individual; EIN CAP, INC., a New York Corporation; RUSSELL NAFTALI, an individual; GENE SLAVIN, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | **CASE NO.: 2:22-cv-02192-ODW-AFM**<br>**[Assigned to Hon. Otis D. Wright, II]**<br><br>**Related case:**<br>**Case No. 2:20-cv-06378-ODW-AFM**<br><br>**ORDER RE: DENYING SELECTION OF MEDIATOR** |

# ORDER

BASED ON THE FOREGOING STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the 21-day deadline for the Parties to file their Stipulation Regarding Selection of Panel Mediator will begin on the date that this Court denies EIN Cap, Inc.'s Motion.

IT IS SO ORDERED.

DATED: December 14, 2023

DENIED BY ORDER OF THE COURT
_____
Hon. Otis D. Wright, II
Judge of the U.S. District Court

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES    )

      I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen (18) years and am not a party to the within action; my business address is: 3530 Wilshire Boulevard, Suite 1300, Los Angeles, California  90010.

      On **December 13, 2023,** I served the following document described as **[PROPOSED] ORDER RE: SELECTION OF MEDIATOR** on the interested parties as follows:

<u>Please See Attached Service List</u>

___ (BY REGULAR MAIL):   I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.  I am "readily familiar" with firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___ (BY PERSONAL SERVICE):  I caused the above-referenced document(s) to be personally delivered by hand to the offices of the addressee(s).

___ (BY OVERNIGHT COURIER): I caused the above-referenced document(s) to be delivered to Federal Express for delivery to the above address(es).

___ (BY FACSIMILE MACHINE):   The foregoing document was transmitted to the above-named persons by facsimile transmission from (213) 384-7110 on said date and the transmission was reported as complete and without error.

_X_ (BY ELECTRONIC MAIL): In accord with the Local Rules and General Orders of this Court, service will be made upon the judge and by Notice of Electronic Filing ("NEF") on the parties to this proceeding by e-mail.  I checked the CM/ECF docket for this proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmissions from the Court.  Service will be made on those parties by NEF transmission.

_XX_ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

      EXECUTED on **December 13, 2023** at Los Angeles, California.

           _/ s /   Catherine Kim_
                 Catherine Kim

It's My Seat, Inc., et al. vs. Hartford Capital, LLC, et al.
(Case No. 2:22-cv-02192-ODW-AFM)

Service List

<u>Attorneys for It's My Seat, Inc. and Vahe Shahinian</u>
Sareen Bezdikian, Esq.
Raffi Kassabian, Esq.
BEZDIK KASSAB LAW GROUP
790 E. Colorado Boulevard, 9th Floor
Pasadena, CA 91101
Tel: 626-499-6998
Fax: 626-499-6993
Email: sareen@bezdikkassab.com
       raffi@bezdikkassab.com

<u>Attorneys for It's My Seat, Inc. and Vahe Shahinian</u>
Kris Demirjian, Esq.
DEMIRJIAN LAW FIRM
15915 Ventura Boulevard, Suite 301
Encino, CA 91436
Tel: 818-275-0099
Fax: 310-946-0039
Email: kris@kdemlaw.com

<u>Attorneys for It's My Seat, Inc. and Vahe Shahinian</u>
Zareh A. Jaltorossian, Esq.
KP LAW
150 E. Colorado Boulevard, Suite 206
Pasadena, CA 91105
Tel: 626-639-3525
Fax: 213-986-3121
Email: akasparian@kplitigators.com
       zjaltorossian@kplitigators.com

<u>Attorneys for Hartford Capital, LLC</u>
Daniel B. Spitzer, Esq.
LAW OFFICES OF DANIEL B. SPITZER
16311 Ventura Boulevard, Suite 1200
Encino, CA 91436
Tel: 818-990-9700
Fax: 818-990-9705
Email: dspitzer@spitzeresq.com