O

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IT'S MY SEAT, INC, a California corporation; VAHE SHAHINIAN, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>HARTFORD CAPITAL LLC, a Limited Liability Company; KEVIN WOODLEY, an individual; EIN CAP, INC., a New York Corporation; RUSSELL NAFTALI, an individual; GENE SLAVIN, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-02192-ODW-AFM<br>[Assigned to Hon. Otis D. Wright, II]<br><br>Related case:<br>Case No. 2:20-cv-06378-ODW-AFM<br><br>**ORDER RE: STIPULATION TO MODIFY THE SCHEDULING ORDER EXTENDING ALL DATES FOR SIX MONTHS** |

BASED ON THE STIPULATION FILED BY THE PARTIES, IT IS HEREBY ORDERED that the deadlines set forth in this Court's November 14, 2023, Scheduling and Case Management Order shall be continued as follows:

| Pretrial or Trial Event | Deadline |
|---|---|
| Percipient/Fact Discovery Cutoff | 2/7/25 |
| Expert Discovery Cutoff | 2/28/25 |
| Deadline to Conduct Settlement Conference | 3/21/25 |
| Deadline for Hearing Motions | 3/31/25 |
| Deadline to file Pre-Trial Documents | 5/14/25 |
| Deadline to File Motions in Limine ("MIL") | 5/16/25 |
| **Final Pretrial Conference at 1:30 p.m.** | 5/21/25 |
| Deadline to file Oppositions to MIL | 5/23/25 |
| **Hearing on MIL at 1:30 p.m.** | 6/4/25 |
| Deadline to File Final Trial Exhibit Stipulation | 6/6/25 |
| **Trial at 9:00 a.m.** | 6/10/25 |

IT IS SO ORDERED.

DATED: July 5, 2024

_____
Hon. Otis D. Wright, II
Judge of the U.S. District Court