S. YOUNG LIM (SBN 126679)
ylim@parkandlim.com
JESSIE Y. KIM (SBN 289173)
jessie@parkandlim.com
PARK & LIM
3530 Wilshire Blvd., Suite 1300
Los Angeles, CA 90010
Tel: (213) 386-5595
Fax: (213) 384-7110

Attorneys for Defendants Kevin Woodley, EIN Cap, Inc., Russell Naftali and Gene Slavin

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IT'S MY SEAT, INC, a California corporation; VAHE SHAHINIAN, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>HARTFORD CAPITAL LLC, a Limited Liability Company; KEVIN WOODLEY, an individual; EIN CAP, INC., a New York Corporation; RUSSELL NAFTALI, an individual; GENE SLAVIN, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | **CASE NO.: 2:22-cv-02192-ODW-AFM**<br>**[Assigned to Hon. Otis D. Wright, II]**<br><br>**Related case:**<br>**Case No. 2:20-cv-06378-ODW-AFM**<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH TO HAVE MOTION FOR SUMMARY JUDGMENT HEARD.**<br><br><br>Pretrial Conf. Date: 5/21/25<br>Trial Date: 6/10/25 |

STIPULATION TO EXTEND TIME WITHIN WHICH TO HEAR SUMMARY JUDGMENT MOTION

1

1  **PLEASE TAKE NOTICE** that all parties agree to extend the time within which to have their motion for summary judgement to be heard up to and including April 31, 2025, or to such other date as the Court may set or continue the Summary Judgment Motion for hearing.

Good cause exists for this extension because the parties just received the transcript of the deposition of Plaintiff Vahe Shahinian on March 5, 2025 and the deposition transcript of Defendant Russell Naftali on March 5, 2025. All parties need time to review the transcript to determine if there is testimony therein which needs to be cited or addressed in their respective moving papers. The present motion completion date of March 31, 2025, does not allow for the giving of the requisite 35-day notice of motion for the summary judgment.

Dated: March 7, 2025                **PARK & LIM**

                                    By:   /s/ S. Young Lim
                                          S. YOUNG LIM
                                          JESSIE Y. KIM
                                          Attorney for Defendant EIN Cap, Inc.


Dated: March 7, 2025                **WHITE & WILLIAMS LLP**

                                    By:   /s/ Shane Heskin
                                          SHANE HESKIN
                                          Attorney for Plaintiffs Its My Seat and
                                          Vahe Shahinian