UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:22-cv-02192-ODW (AFMx) | Date | March 13, 2025 |
|---|---|---|---|
| Title | *It's My Seat, Inc. et al. v. Hartford Capital LLC et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**

On March 11, 2025, the parties filed a stipulation to extend the time to file a motion for summary judgment by one month. (ECF No. 102.) However, such an extension would require a continuance of pretrial and trial dates, and the parties fail to acknowledge or address this impact in their stipulation. Nor do the parties acknowledge the previous continuances granted in this case or that they have known of the dispositive motion cutoff for at least eight months. *See* Hon. Otis D. Wright, II Standing Order § VI, https://www.cacd.uscourts.gov/ honorable-otis-d-wright-ii; (Order re Stip., ECF No. 99.) For these reasons, the Court **DENIES** the stipulation without prejudice. (ECF No. 102.)

**IT IS SO ORDERED.**

                                                                                              :  00

                                                            Initials of Preparer    SE