**NO SHOWING OF GOOD CAUSE**

DENIED BY ORDER OF THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IT'S MY SEAT, INC, a California corporation; VAHE SHAHINIAN, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>HARTFORD CAPITAL LLC, a Limited Liability Company; KEVIN WOODLEY, an individual; EIN CAP, INC., a New York Corporation; RUSSELL NAFTALI, an individual; GENE SLAVIN, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-02192-ODW-AFM<br>[Assigned to Hon. Otis D. Wright, II]<br><br>**Related case:**<br>**Case No. 2:20-cv-06378-ODW-AFM**<br><br>[PROPOSED] ORDER MODIFYING SCHEDULING ORDER AND CONTINUING TRIAL DATE<br><br>**DENIED**<br><br>Pretrial Conf. Date: 5/21/25<br>Trial Date: 6/10/25 |

1  Defendants EIN Cap, Inc., Russell Naftali and Gene Slavin having applied ex
2  parte for an order Modifying Scheduling Order and Continuing Trial and Pretrial
3  Dates, and good cause appearing to grant their application, the Court hereby orders
4  as follows:
5  The Scheduling Order entered in this case on July 5, 2024, is hereby
6  modified and trial dates and pretrial dates are continued such that the schedule and
7  dates are as follows:

| Pretrial or Trial Event | Deadline |
|---|---|
| Deadline to Conduct Settlement Conference | 4/4/25 |
| Deadline for Hearing MSJ and Discovery Motions | 5/30/25 |
| Deadline to file Pre-Trial Documents | 7/16/25 |
| Deadline to File Motions in Limine ("MIL") | 7/18/25 |
| Final Pretrial Conference | 7/23/25 |
| Deadline to file Oppositions to MIL | 7/25/25 |
| Hearing on MIL | 8/6/25 |
| Deadline to File Final Trial Exhibit Stipulation | 8/8/25 |
| Trial | 8/12/25 |

DATED: March 21, 2025

**DENIED**
OTIS D. WRIGHT, II,
United States District Judge