Levi Y. Silver (SBN 273862)
**SOLOMON WARD SEIDENWURM & SMITH, LLP**
401 B Street, Suite 1200
San Diego, CA  92101
Phone: 619-231-0303
Email:  lsilver@swsslaw.com

*Counsel for Defendants EIN Cap,
Inc., Russel Naftali, and Gene Slavin*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IT'S MY SEAT, INC., a California Corporation; VAHE SHAHINIAN, an individual<br><br>Plaintiffs,<br><br>v.<br><br>HARTFORD CAPITAL LLC, a Limited Liability Company; KEVIN WOODLEY, an individual; EIN CAP, INC., a New York Corporation; RUSSELL NAFTALI, an individual; GENE SLAVIN, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-02192-ODW-AFM<br><br>[Assigned to Hon. Otis D. Wright, II]<br><br>Related case:<br>Case No. 2:20-cv-06378-ODW-AFM<br><br>**JOINT STIPULATION WITHDRAWING JURY DEMAND**<br><br>Pre-Trial Conference<br>Date:       May 21, 2025<br>Time:      1:30 p.m.<br>Place:     Courtroom 5D<br><br>Trial<br>Date:       June 10, 2025<br>Time:      9:00 a.m.<br>Place:     Courtroom 5D |

Plaintiffs It's My Seat, Inc. ("IMS") and Vahe Shahinian ("Vahe," collectively "Plaintiffs") and Defendants Kevin Woodley ("Woodley"), EIN Cap, Inc. ("EIN"), Russel Naftali ("Naftali"), and Gene Slavin ("Slavin," collectively "Defendants," and together with Plaintiffs, the "Parties") respectfully submit this Joint stipulation.

Pursuant to Federal Rule of Civil Procedure ("Rule") 38(d), all Parties hereby withdraw their jury demands in the above-captioned case.

Pursuant to Rule 39(a)(1), all Parties hereby stipulate to a nonjury trial on all claims and defenses in the above-captioned case. Accordingly, all Parties hereby waive their rights to a jury trial on all claims and defenses in the above-captioned case.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

DATED:  May 8, 2025    WHITE & WILLIAMS LLP

By:   */s/ Shane Heskin*
SHANE HESKIN, *Pro Hac Vice*
Identification No. 201925
*Pro Hac Vice* Counsel for Plaintiffs Its My Seat, Inc. and Vahe Shahinian

DATED:  May 8, 2025    SOLOMON WARD SEIDENWURM & SMITH, LLP

By:   */s/ Levi Y. Silver*
LEVI Y. SILVER
Counsel for Defendants EIN Cap, Inc., Russell Naftali and Gene Slavin

DATED:  May 8, 2025    PARK & LIM

By:   */s/ S. Young Lim*
S. YOUNG LIM (SBN 126679)
JESSIE Y. KIM (SBN 289173)
Counsel for Defendants EIN Cap, Inc., Kevin Woodley, Russell Naftali and Gene Slavin

# ATTESTATION

Pursuant to L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Levi Y. Silver*
Levi Y. Silver
