Levi Y. Silver (SBN 273862)
Owen M. Praskievicz (SBN 292439)
**SOLOMON WARD SEIDENWURM & SMITH, LLP**
401 B Street, Suite 1200
San Diego, CA 92101
Phone: 619-231-0303
Email: lsilver@swsslaw.com

*Counsel for Defendants EIN Cap, Inc., Russel Naftali, and Gene Slavin*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IT'S MY SEAT, INC., a California Corporation; VAHE SHAHINIAN, an individual<br><br>Plaintiffs,<br><br>v.<br><br>HARTFORD CAPITAL LLC, a Limited Liability Company; KEVIN WOODLEY, an individual; EIN CAP, INC., a New York Corporation; RUSSELL NAFTALI, an individual; GENE SLAVIN, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-02192-ODW-AFM<br><br>[Assigned to Hon. Otis D. Wright, II]<br><br>**Related case:**<br>Case No. 2:20-cv-06378-ODW-AFM<br><br>**DEFENDANTS' UNOPPOSED *EX PARTE* APPLICATION TO MODIFY PRETRIAL SUBMISSIONS & MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT**<br><br><u>Pre-Trial Conference</u><br>Date:    May 21, 2025<br>Time:    1:30 p.m.<br>Place:    Courtroom 5D<br><br><u>Trial</u><br>Date:    June 10, 2025<br>Time:    9:00 a.m.<br>Place:    Courtroom 5D |

## I. *Ex Parte* Application

Pursuant to Local Rule 7-19, Defendants Kevin Woodley, EIN Cap, Inc., Russel Naftali, and Gene Slavin (collectively "Defendants") respectfully submit this *ex parte* application to modify the deadlines to file pre-trial submissions by a few days to account for recent developments, including Defendants' recent retention of new trial counsel and the recent stipulation between Defendants and Plaintiffs It's My Seat, Inc. and Vahe Shahinian (collectively "Plaintiffs") to withdraw all jury demands and to proceed with a bench trial on all claims and defenses. Plaintiffs do not oppose this application.

Specifically, Defendants request that the Court's July 5, 2024, Scheduling and Case Management Order [ECF 99] be modified as follows:

| Event | Date |
|---|---|
| Deadline to File:<br>• Proposed Pretrial Conference Order;<br>• Memoranda and Contentions of Fact and Law;<br>• Joint Witness List;<br>• Joint Exhibit List and Exhibit Stipulation;<br>• Proposed Findings of Fact and Conclusions of Law<br>• Joint Report re: Settlement<br>• Deposition Designations and Objections | 5/19/25 (changed from 5/14/25) |
| Deadline to File Motions in Limine; | 5/19/2025 (changed from 5/16/25) |
| **Final Pretrial Conference at 1:30 p.m.** | **5/21/25 (unchanged)** |
| Deadline to file Oppositions to MILs | 5/26/25 (changed from 5/23/25) |
| **Hearing on MILs at 1:30 p.m.** | **6/4/25 (unchanged)** |
| **Trial at 9:00 a.m.** | **6/10/25 (unchanged)** |

II. **Memorandum of Points & Authorities in Support of *Ex Parte* Application**

    A. Relevant Background

Plaintiffs and Defendants (the "Parties") had previously requested a jury trial. On November 14, 2023, the Court entered a Scheduling and Case Management Order (Jury Trial) (the "Initial Scheduling Order") [ECF 72] contemplating a jury trial and the Parties' submission of pretrial conference documents relevant for a jury trial.

On July 5, 2024, the Court issued a stipulated Order (the "Modified Scheduling Order") [ECF 99] modifying certain dates in the Initial Scheduling Order, setting forth the current trial date and related deadlines.

On March 17, 2025, Defendants filed a contested ex parte application requesting a continuance of trial-related dates, noting delays caused by "serious health problems of Defendants' lead counsel" [ECF 104 at 2]. On March 21, 2025, the Court denied the requested continuance [ECF 106].

In the last two weeks, Defendants retained new trial counsel in this case [ECF 109, 111].

On May 8, 2025, the Parties filed a stipulation withdrawing their jury demands for a jury trial and stipulating to a nonjury trial on all claims and defenses in this case [ECF 110].

Also on May 8, 2025, counsel for Defendants met and conferred with counsel for Plaintiffs, Shane Heskin, regarding the request set forth in this *ex parte* application. Mr. Heskin advised that Plaintiffs do not oppose this application.

    B. Basis for *Ex Parte* Application

In light of the Parties' stipulation to a bench trial, Defendants understand, subject to any orders or directives issued by the Court, that they should submit pretrial documents consistent with those specified in the Court's standard Scheduling and Case Management Order for a bench trial, including proposed

findings of fact and conclusions of law. Defendants file this *ex parte* application seeking a few extra days for the Parties to prepare their pretrial documents that include proposed findings of fact and conclusions of law that they previously did not need to prepare when the parties were contemplating a jury trial.

Defendants' new counsel are working around the clock to review the extensive evidence in this case, prepare trial exhibits and witness lists, research applicable law, meet and confer with Plaintiffs' counsel regarding various trial-related matters (some of which led to the parties' recent jury trial waiver), and otherwise prepare to try the case on the schedule set forth in the Modified Scheduling Order.

Because this is a complex case raising complex legal issues, any additional time will allow the Parties to potentially narrow or eliminate issues for trial. Additionally, the Parties are actively meeting and conferring about several motions in limine, exhibit objections, and legal and evidentiary issues, and the additional time may allow the Parties to further narrow the issues in dispute.

Defendants' counsel are mindful of the Court's admonitions in the Initial Scheduling Order that "these dates and requirements are firm. The Court is unlikely to grant continuances unless the parties establish good cause through a concrete showing" (Initial Scheduling Order at 1) and that "A continuance of the PTC at the parties' request or by stipulation is highly unlikely" (*id*. at 13).

Defendants' counsel are also mindful of the Court's admonition in the Initial Scheduling Order that "The proposed PTCO shall be lodged seven calendar days before the PTC, unless the Court specifically orders otherwise.  Adherence to this time requirement is necessary for in-chambers preparation of the matter."  (Initial Scheduling Order at 14.)

Defendants respectfully submit that the above facts, including Defendants' very recent retention of new trial counsel and the parties' very recent stipulation to proceed with a bench trial, constitute good cause for the extensions requested.

Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303 • (f) 619.231.4755

Defendants' new counsel is committed to preparing the case for the pretrial conference and trial as currently scheduled by the Court, but request a slight extension of time to prepare and submit certain pre-trial submissions in the interest of justice and in light of the above facts.

This is the third request to continue trial-related deadlines by one or both of the Parties. Specifically: (i) on July 5, 2024, the Court granted the parties' joint stipulation to continue trial-related dates [ECF 99], and (ii) on March 31, 2025, the Court denied Defendants' contested ex parte application to continue the trial in light of delays caused by serious health problems of Defendants' former lead counsel (now co-counsel) [ECF 104 (Ex Parte application); ECF 106 (Order denying ex parte application)].

For the foregoing reasons, Defendants respectfully request the Court modify the current scheduling order to reflect the proposed dates set forth in Defendants' *ex parte* application.

DATED: May 9, 2025

SOLOMON WARD SEIDENWURM & SMITH, LLP

By: */s/ Levi Y. Silver*
LEVI Y. SILVER
OWEN M. PRASKIEVICZ
Counsel for Defendants EIN Cap, Inc., Russell Naftali and Gene Slavin

DATED: May 9, 2025

PARK & LIM

By: */s/ Young Lim*
S. YOUNG LIM (SBN 126679)
JESSIE Y. KIM (SBN 289173)
Counsel for Defendants EIN Cap, Inc., Kevin Woodley, Russell Naftali and Gene Slavin

# **ATTESTATION**

Pursuant to L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                           */s/ Levi Y. Silver*
                                           Levi Y. Silver

Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303 • (f) 619.231.4755