UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 2:22-cv-02192-ODW (AJRx) | Date | May 20, 2025 |
|---|---|---|---|
| Title | *It's My Seat, Inc. et al. v. Hartford Capital LLC et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**

Having received the parties' pretrial documents, (ECF Nos. 114–124), the Court hereby **CONTINUES** the following dates and deadlines:

- Bench Trial: **July 15, 2025, at 9:00 a.m.**;
- Hearing on Motions in Limine: **July 7, 2025, at 1:30 p.m.**;
- Final Pretrial Conference: **June 23, 2025, at 1:30 p.m.**; and
- Deadline to file Oppositions to Motions in Limine: **June 2, 2025.**

No other dates or deadlines are altered by this Order.

**IT IS SO ORDERED.**

                                                                                   : 00

Initials of Preparer    SE