

**Shane R. Heskin**

1650 Market Street | One Liberty Place, Suite 1800 | Philadelphia, PA 19103-7395
Direct 215.864.6329 | Fax 215.399.9603
heskins@whiteandwilliams.com | whiteandwilliams.com

May 21, 2025

**VIA ECF**

Hon. Otis D. Wright II
U.S. District Court, Central District of California
350 W. 1st Street
Los Angeles, California 90012

RE:   *It's My Seat, Inc. et al. v. Hartford Capital LLC et al.*, No. 2:22-cv-02192-ODW-AJR – Plaintiffs Request for Trial Adjournment Due To Conflict

Dear Judge Wright II:

Plaintiffs are in receipt of Your Honor's May 20, 2025 minute order, [ECF. No. 125], rescheduling the trial in the above-reference matter to July 15, 2025. Unfortunately, I and my co-counsel Alex D. Corey have a previously scheduled trial beginning on July 15, 2025 as well in the matter *FTE Networks, Inc. v. Alexander Szkaradek et al.*, 1:22-cv-00785-WCB (D. Del.) before the Honorable William Bryson in Washington D.C. The Defendants in that action are located in Ukraine and Poland. Defendants' counsel Young Lim also confirmed he has a conflict on July 15, 2025.

Plaintiffs have met and conferred with Defendants as to mutually available alternative trial dates. The parties are available on the following dates: September 9, 2025; October 21, 2025; October 28, 2025; and November 4, 2025. Defendants insist that we inform the Court that Defendants are unwilling to join this letter unless we give them proof of Plaintiffs' unavailability between August 4, 2025, and August 22, 2025.

Plaintiffs note that they previously informed the Court in opposition to Defendants' prior *ex parte* motion to modify the scheduling order, that they were unavailable during the same August dates listed above. [ECF No. 105]. Should the Court require it, Plaintiffs are more than happy to provide proof to the Court *in camera* as to Plaintiffs' unavailability due to its pre-existing concert series obligations.

Respectfully submitted,

WHITE AND WILLIAMS LLP

*/s/ Shane R. Heskin*
Shane R. Heskin
*Counsel for Plaintiffs*