# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IT'S MY SEAT, INC., et al.<br><br>Plaintiff(s),<br><br>v.<br><br>HARTFORD CAPITAL LLC, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22–cv–02192–ODW–AJR<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __5/21/2025__

Document No.:   __126__

Title of Document:   __Plaintiffs Request For Trial Adjournment by plaintiff__

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or untimely.

Local Rule 83–2.5 no letters to the Judge.

Incorrect document is attached to the docket entry.

Proposed document was not submitted or was not submitted as a separate attachment.

Other:

Filing was not a formal request, But a Letter to the Judge, set on Judge's motion calendar for hearing; Missing formal proposed order for the relief sought which should have been submitted as a Separate Attachment to a proper request.

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __May 22, 2025__         By:  __/s/ Linda Chai  Linda_Chai@cacd.uscourts.gov__
                                       Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS